UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GERALD CHRISTOPHER SCHULTZ,

        Petitioner,

                                            Case No. 2:05-cv-65

v.

                                            Honorable David W. McKeague[1]

TIM LUOMA,

        Respondent.

_____/

## MEMORANDUM OPINION AND ORDER

        Petitioner Gerald Christopher Schultz filed a petition for writ of habeas corpus (Dkt. 1) under 28 U.S.C. § 2254 challenging the validity of his state court conviction. The matter was referred to a magistrate judge under 28 U.S.C. § 636. The magistrate judge issued a Report and Recommendation (Dkt. 3) in which he recommended the petition be dismissed with prejudice as time-barred under the applicable period of limitation set out in the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214 (AEDPA), 28 U.S.C. § 2244(d)(1). Petitioner filed an objection (Dkt. 8) to the Report and Recommendation, which the Court will consider *de novo*.

        Petitioner admits in his objection and in an earlier motion (Dkt. 6) that two of his claims are time-barred under the AEDPA. He argues, however, that his remaining two claims – both involving his request for DNA testing under MCL § 770.16 – are not time-barred because he first moved for DNA testing in state court in November 2003, the denial of which he appealed and did not become final until December 2004.

---

[1] The Honorable David W. McKeague, United States Circuit Judge for the Sixth Circuit Court of Appeals, sitting by designation.

For the reasons explained by the magistrate judge, Petitioner's collateral state court action does not revive the one-year limitation period. *See* Report and Recommendation at 3-4; *see also Searcy v. Carter*, 246 F.3d 515, 519 (6th Cir. 2001). All of Petitioner's claims for habeas relief are time-barred. Petitioner does not raise any other substantive objections, and the Court finds the Report and Recommendation to be well-reasoned and in accord with the applicable law.

Accordingly,

IT IS HEREBY ORDERED that the Report and Recommendation (Dkt. 3) of the magistrate judge is APPROVED and ADOPTED as the opinion of the Court under 28 U.S.C. § 636(b)(1) and W.D. Mich. L. Civ. R. 72.

IT IS FURTHER ORDERED that the petition for writ of habeas corpus (Dkt. 1) is hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the motion to amend/correct the petition (Dkt. 6) is hereby DENIED AS MOOT.

Date: July  18 , 2005                              /s/ David W. McKeague
                                                              DAVID W. McKEAGUE
                                            UNITED STATES CIRCUIT JUDGE